IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

8 DECEMBER 2016

| 308P16 | State v. Robert William Ashworth | 1. State's Motion for Temporary Stay (COA15-1279) | 1. Allowed **08/22/2016** Dissolved **12/08/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | 4. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 4. Dismissed as moot |
| 309A16 | State v. Rico Lamar Barnes | Def's Notice of Appeal Based Upon a Constitutional Question (COA15-1173) | Dismissed *ex mero motu* |
| 310A16 | Worley, et al. v. Moore, et al. | Defs' Motion to File Corrected Brief | Allowed **10/31/2016** **Ervin, J., recused** |
| 310A16 | Worley, et al. v. Moore, et al. | Def's Motion for Extension of Time to File Reply Brief | Allowed as to the 5 Days Extension Only **11/23/2016** **Ervin, J., recused** |
| 311P16 | Gary Dellinger, Virginia Dellinger, and Timothy S. Dellinger, Petitioners v. Lincoln County, Lincoln County Board of Commissioners, and Strata Solar, LLC, Respondents and Timothy P. Mooney, Martha McLean, and The Sailview Owners Association, Intervenor Respondents | Intervenor Respondents' PDR Under N.C.G.S. § 7A-31 (COA15-1370) | Denied |
| 312P16 | Pittsboro Matters, Inc., et al. v. Town of Pittsboro v. Chatham Park Investors, LLC | Intervenor's PDR Under N.C.G.S. § 7A-31 (COA16-28) | Denied |
| 316P16 | State v. Nathan Lorenzo Holden | Def's *Pro Se* Motion for Writ of Prohibition | Denied |